E-FILED
Tuesday, 03 October, 2017  09:50:09 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 8/95) Criminal Complaint

# United States District Court

CENTRAL  **DISTRICT OF**  ILLINOIS

UNITED STATES OF AMERICA

v.

Mark P. Barnwell
s/address redacted
Whitehouse, Texas

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:  17-MJ-6113

FILED
OCT 0 3 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  September 2016 to March 2017  in  Peoria  County, in the Central District of Illinois, defendant(s) did, (Track Statutory Language of Offense)

knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, where such visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce and were actually transported and transmitted using a means and facility of interstate commerce,

in violation of  18  United States Code, Section(s)  2251(a) and (e)

I further state that I am a(n)  SFO with the United States Secret Service  and that this complaint is

Name

based on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part hereof:  Yes  ☐  No  ☐

s/Scott Gamboe

Scott Gamboe, SFO, U.S. Secret Service

Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

10/3/2017

Date

at

Peoria, Illinois

City and State

Jonathan E. Hawley
United States Magistrate Judge

Name & Title of Judicial Officer

s/Jonathan E. Hawley

Signature of Judicial Officer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

**AFFIDAVIT**

I, Special Federal Officer Scott Gamboe, having been duly sworn, state:

1.     I am a detective with the Peoria County Sheriff's Department, located in

Peoria, Illinois and have been employed there from June 1998 to present. I am also a

Special Federal Officer through the sponsorship of the United States Secret Service

(USSS). I am a member of the United States Attorney's Office Central Illinois Cyber

Crime Unit based in Peoria, Illinois.  I have received extensive training in criminal

investigations, computer crime investigations, computer and electronic device forensic

exams, identity theft, fraud, and child pornography investigations. I have conducted

numerous investigations, state and federal, involving computer crimes, identity theft,

fraud, and child pornography resulting in arrests and seizures. I have also been

involved in the execution of numerous search warrants.  In addition, I am an EnCE

certified computer forensic examiner and a CCPA certified mobile device examiner. I

hold a BA in Criminal Justice from the University Of Illinois – Springfield.

2.     This affidavit is based on information I have gained from my

investigation, as well as information provided by other law enforcement agents and

others involved in this and other investigations. Because I am submitting this affidavit

for the limited purpose of establishing probable cause for a criminal complaint charging

Mark P. Barnwell with Title 18, United States Code, Sections 2251(a) (sexual exploitation

1

of children).  I have not included each and every fact known to me concerning this investigation.

3.      Section 2251 of Title 18 provides:

(a)      Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

* * * *

(e)      Any individual who violates, or attempts or conspires to violate, this section shall be fined under this title and imprisoned . . .

2

## PROBABLE CAUSE

## BACKGROUND (Santa Barbara, California)

4.       On August 27, 2007, MARK P. **BARNWELL** (06-13-1982) (hereinafter referred to as "**BARNWELL**") pleaded guilty to Unlawful Sexual Intercourse in violation of California Penal Code Section 261.5(d), for engaging in sexual intercourse with a minor female between February 15, 2005 and July 4, 2006.

5.       On June 30, 2014, **BARNWELL** pleaded guilty to Rape of Unconscious or Sleeping Person in violation of California Penal Code Section 261(a)(4)(a), for engaging in sexual intercourse with a female who was unconscious after suffering a seizure.

6.       As a result of the above-listed convictions, **BARNWELL** is required to register as a sex offender. According to records of the Texas Department of Public Safety Sex Offender Registry, **BARNWELL** has resided at 100 Parkdale, Whitehouse, Texas, since February 28, 2008. **BARNWELL** last verified this address on June 9, 2017.

## The Investigation

7.       On February 6, 2017, I was contacted by Detective William Calbow of the Peoria Police Department. He requested federal assistance regarding an investigation of a child exploitation case that had crossed state lines and provided me with pertinent Peoria Police Department reports.

8.       The reports detailed that a female juvenile victim, KL[1] (age 17), had notified school officials that she had provided nude images of herself via Facebook to

---

[1] Throughout this complaint, minors and victims will be referred to by their initials, to protect their identities and in recognition of their rights to dignity and privacy. *See* 18 U.S.C. § 3771(a)(8).

the account of a friend, KP (a female, age 16). In an interview with Detective Calbow, KL stated that she recently became aware that KP had a new Facebook account because her old account had been "hacked" and was being controlled by a new user.

9.      This user, who KL previously thought was KP, requested 5 photos of KL fully clothed, then 5 more in her bra, 5 more topless, and continued until KL was sending fully nude images and a video. KL said she was promised money for the images.

10.     KL said she was later contacted by a Facebook user with the profile name hereinafter referred to as "SDY", who threatened to post the nude images online if she did not send more pictures.

11.     Officers from the Peoria Police Department conducted a forensic download of KL's cell phone, based upon a consent form signed by KL and her mother. Detective Calbow provided me with a copy of the downloaded data.

12.     Detective Calbow interviewed KP who said that her Facebook account had been "hacked." KP stated that she learned about the intrusion when someone told her that there were nude pictures posted on her Facebook page. KP also confirmed that she had previously been in contact with the Facebook profile SDY.

13.     Detective Calbow obtained and executed a search warrant for two Facebook accounts, including the hacked KP profile and SDY's profile. In reviewing information produced by Facebook, Detective Calbow observed that the user of the SDY account was offering girls an opportunity to take part in a modeling job that paid $500 to $5,000 per photo shoot which would ultimately lead to a request for naked

photos. When a girl would question the legitimacy of the offer, SDY would refer them to the Facebook account of "CE" for verification.

14.     Detective Calbow subsequently obtained and executed a search warrant for the Facebook profile CE. Detective Calbow provided me with the results of the aforementioned search warrants.

## Suspect Facebook Profiles

15.     Detective Calbow found that there was a common IP Address used with the SDY and CE Facebook accounts: 75.108.56.177. He obtained and served a search warrant for the holder of this IP address, Suddenlink Communications in Saint Louis, MO. The response indicated that on October 13, 2016, at 22:18:16 UTC (during the conversations in this investigation), the listed IP address was assigned to Jennifer Mahon at 100 Parkdale Drive, Whitehouse, Texas. Hereinafter, this IP address will be referred to as the "Residential IP Address". A subsequent subpoena issued by the United States Attorney's office indicates that as of July 24, 2017, this IP Address was still assigned to the same residence.

16.     My initial examination of the contents of the Facebook profiles obtained by state search warrants listed infra indicates that there are at least sixty-six females in multiple states (including Illinois, Texas, California, Colorado, New York, Nevada, Tennessee, and Louisiana) who have been contacted in a similar manner by the SDY and CE (and other) profiles and offered money in exchange for a modeling shoot that would ultimately lead to a request for naked photos. Many of the female targets who

are from California reside in the area of San Bernardino, where **BARNWELL** previously resided.

17.     Based upon my initial examination of the SDY and CE profiles and the IP information provided by Facebook pursuant to the warrants, I created a list of IP addresses, with dates and times, which were used to access those two profiles. Through a Whois search, I determined that the IPv6 addresses were owned by T-Mobile US, Inc. The United States Attorney's Office served a subpoena on T-Mobile to determine the holder of those IPv6 addresses, which were all assigned to cellular connections. The following is a list of those cellular IP addresses, along with reference numbers that will be referred to in this affidavit. According to the subpoena results from T-Mobile, all of the listed IPv6 addresses were assigned to an account owned by "MARK BARNWEOO" on the listed date and times.

- #1: 2607:fb90:4487:e62d:8398:8003:59ab:3706, October 12, 2016, at 14:51:01 UTC
- #2: 2607:fb90:4685:14e5:b29a:f50:2c92:4b39, December 17, 2016, at 00:36:00 UTC
- #3: 2607:fb90:44e3:a793:68fd:8baa:2462:aad, October 21, 2016, at 02:58:59 UTC
- #4: 2607:fb90:448b:816f:6881:fc54:508f:5bf4, November 8, 2016, at 20:40:44 UTC
- #5: 2607:fb90:4438:3da0:fce8:9534:bd3b:3d17, October 16, 2016, at 19:17:40 UTC
- #6: 2607:fb90:46a5:1936:74b8:6bbd:b37:f2ae, October 20, 2016, at 20:32:11 UTC
- #7: 2607:fb90:44e4:30b3:72ef:5e6f:7cda:d205, October 27, 2016, at 05:31:03 UTC
- #8: 2607:fb90:4487:a558:4063:3e93:c63:9065, December 4, 2016, at 09:47:59 UTC

18.     I spoke with a representative of T-Mobile, who advised that with a prepaid cellular phone account, identification and addresses are never verified. The address listed with this account, 516 N. Milpas Street in Santa Barbara, California, is a storefront for T-Mobile. The T-Mobile representative told me that the use of the store's address for a prepaid account is also not unusual. **BARNWELL** previously resided in

the Santa Barbara area.

19.     The investigation has revealed that multiple female-presenting profiles on Facebook, including but not limited to profiles of SDY, CE, and JH, (hereinafter referred to jointly as the "offender accounts") are used to contact other female profile users. The communications between the offender accounts and the females follows a general pattern. The initial message is usually, "Hey would u be interested in modeling they pay 500-5000 a shoot." The offender account then requests a Gmail account, a cell phone number, and the female's date of birth. On at least one occasion, the offender account told the female that being a minor made no difference. The user of the offender account would ask for (and usually obtain) passwords for the victim's Facebook profile and Gmail address. This login information would enable the user of the offender account to take over this account at a future date (the accounts do not appear to actually be "hacked").

20.     The Facebook search warrant data revealed that the offender accounts contacted various minor female victims via Facebook Messenger. During these chat conversations, the offender accounts all accessed the Internet from the Residential IP Address. These conversations occurred between September of 2016 and March 20, 2017.

21.     At this time, the investigation has identified fourteen purported minor female victims in the Central District of Illinois. Of them, KL (previously mentioned, age 17), CS (age 17), KP (previously mentioned, age 16), SYM (age 16), KRY (age 17), and JL (age 15) received threats that their nude pictures would be posted online if they did not continue providing photos. Seven of these victims have been interviewed, and

7

their status as minors at the time of the conversations has been confirmed.

## Website: www.studioproductions.webstarts.com

22.     As shown in the sections of this document regarding victim exploitation, the offender profiles frequently experienced resistance from female victims who were reluctant to send nude images to the offender profiles. Many of these females were provided with a link to a website, purportedly set up by Studio Productions Modeling. The website, www.studioproductions.webstarts.com, contained images that were alleged to have been taken of some of the company's previous models. It also included the name Maria Sanchez, who was alleged on the site to be the portfolio director. The contact email address was studioproductions2011@gmail.com.

23.     Based upon the results of an administrative subpoena issued to Webstarts by the United States Attorney's Office in Peoria, IL, the web page www.studioproductions.webstarts.com was created on June 12, 2015 from an IP Address in Santa Barbara, California. **BARNWELL** previously lived in the Santa Barbara area. The "Client Details" section of the account form listed the name, Maria Sanchez.

## Control Of The SDY Profile (Facebook Profile Used: CE)

24.     On March 22, 2017, U.S. Secret Service Special Agent Shink and I interviewed SYM (the original holder of the SDY Facebook profile) at her residence. During the course of the conversation, we learned that she had been contacted by the CE Facebook profile and asked if she wanted to model. SYM said she never sent pictures or passwords to the CE profile. SYM stated that the contact with the CE profile

occurred during the summer of 2016. SYM was living in East Peoria, IL at the time, which is in the Central District of Illinois. On an unknown date after this conversation, SYM said that the CE profile contacted AY, SYM's mother, with the same offer. AY eventually sent her own Facebook and Gmail passwords to the CE profile. SYM said that one night she received a message from her mother's profile requesting SYM's Gmail and password. SYM thought it was her mother, so she sent the information. SYM later learned that someone had taken control of her mother's Facebook account. With this information, the offender accessed SYM's Google Cloud data and downloaded nude images of her, including two images of her vagina. The CE profile sent SYM these pictures and threatened to post them on Facebook if she did not send more nude images. SYM did not comply.

### Exploitation of Victim MC (Facebook Profile Used: SDY/CE)

25.     Based upon information obtained from the search warrant executed on the Facebook profiles "SDY" and "CE," on October 10, 2016, the SDY profile contacted MC (a 17-year-old female living in Peoria, IL) via Facebook Messenger, accessing the Internet from the Residential IP address. The contact continued until October 15, 2016.

26.     The SDY profile sent MC the following message: "Hey would u be interested in modeling they pay 500-5000 a shoot". The SDY profile asked for and received JW's date of birth, email address, and cell phone number. MC's date of birth showed her to be 17 years of age at the time. MC also sent the message, "I'm 17." The SDY profile responded with, "OK do u have any bikini pics of u". MC wanted the SDY profile to contact MC's mother, but the SDY profile sent, "They won't contact ur mom

until I get u Thru the portfolio process is explained that to u earlier." After the SDY

profile threatened to give her "spot" away (referring to the modeling scheme) due to a

lack of following instructions, MC provided the SDY profile with her school email

address and password, along with her Facebook password.

27.     The SDY profile told MC to download the Google Photos application, then

instructed MC on how to set up the application. The configuration provided by the SDY

profile caused all pictures and videos taken by MC's phone, along with those already in

the phone's default storage area for photos and videos, to automatically upload to the

online storage area of the Google Photos application. The SDY profile had been given

the password to the linked email address associated with the Google Photos account,

giving the offender access to all of the data stored therein.

28.     On October 10, 2016, at 18:57 UTC, the SDY profile sent MC the following

message: "OK now take 5 pics of u right now from hips up smiling as u are now". MC

sent pictures that were previously taken, which the SDY profile pointed out. The SDY

profile again threatened to cancel MC's modeling offer. Later that evening, MC sent the

pictures as instructed.

29.     The SDY profile asked if MC was in her room, and MC responded that she

had just gotten out of the shower. The SDY profile sent, "Take 5 pics of u right now

from waist up", and "Take them as you are now". MC asked, "Naked?" The SDY

profile sent, "Yes", and "Yes. But no one will ever see ur pics. They are for portfolio

purposes only". MC asked for the modeling agency's web page, and the SDY profile

sent a link to www.studioproductions.webstarts.com (*supra* ¶¶22-23). The SDY profile

told MC to check with CE for verification, saying that CE was a model. A few minutes later, MC sent a message to the CE profile. The CE profile stated that MC just needed to follow directions. My review of the CE profile (from the results of a Facebook search warrant) indicate that on September 27, 2016, almost two weeks prior to MC being contacted by the SDY profile, the CE profile contacted MC with the same message: "Hey would u be interested in modeling they pay 500-5000 a shoot". A brief conversation ensued, but MC sent no images.

30.     MC sent a picture to the SDY profile, in the "landscape" orientation, showing MC nude from the waist up and exposing her nude breasts. The SDY profile told her to, "Hold phone up and down so pics are not side ways [sic]". MC sent another picture showing her nude breasts, and the SDY profile told MC to push her hair back and send four more. MC complied. MC sent the SDY profile a total of six images displaying her nude breasts.

31.     The SDY profile then sent MC a series of instructions for production of pictures. MC complied with the instructions, taking the pictures and sending them to the SDY profile via Facebook Messenger. The instructions included the following:

    a.  "Yes. Ok now put on a bra and thong preferably pink and take 5 full body pics from straight in front and 5 from straight behind ok hurry"

    b.  "OK let's just continue the nude portion for now ok"

    c.  "Take 5 full body nudes from front and 5 from back. Smile big"

    d.  "4 more but closer"

    e.  "OK take 3 more from front then 5 from back. Hurry"

    f.   "Now reach back behind u with out [sic] mirror and take 5 pics upclose [sic] of ur ass from straight on"

    g.   "OK now take 5 pics upclose [sic] of the front"

    h.   "Open legs shoulder width apart"

    i.   "Closer so only pussy shows"

Through this series of instructions, MC sent nine full body images showing her nude breasts and vagina, ten images showing her nude buttocks, one showing her nude breasts, and eight focused on her nude vagina.

32.    The SDY profile told MC that the CE profile would make a video call, and sent MC the following instructions while MC was in front of a live video camera that was broadcasting MC to the SDY profile:

    a.   "OK now our system wants to do a directions test real quick ok. It's gonna use [CE] fb page to video call u. U won't see or hear anything cause it's not a live person. No one sees u. But just follow my directions here don't respond just do ok"

    b.   "OK put the phone so full body is seen"

    c.   "OK now rub ur tits and moan like u really are enjoying it for 30 secs"

    d.   "OK now rub ur pussy till it's wet"

    e.   "Lay down so ur pussy is upclose [sic] to camera"

    f.   "Now slide to fingers inside u and finger urself hard and deep so u cum"

    g.   "Hard and fast so ur pussy makes noise from being wet"

    h.   "OK it says it's not getting a good connection with ur phone. So just prop

ur phone up and record a 2 mins video of u fingering urself so it shows

pussy up close and face ok".

The SDY profile told MC to send the video. MC sent the video file "video-1476145816.mp4 (206534256444839)" to the SDY profile. I recovered this file from the search warrant data provided by Facebook. Although it was dark, it showed a female performing the actions ordered by the SDY profile and displayed her nude vagina.

33.     The SDY profile continued sending instructions, which MC complied with and sent the files to the SDY profile:

   a.   "OK I need u to redo the fingering video. It was to [sic] dark. And u need to get ur pussy closer to the camera and really get into it like ur doing it for ur bf ok", "OK. Do that when u get home. Send it then we will proceed. Make sure u have lots of light and pussy upclose [sic] and really get into it. Make urself cum 4 times" and "Try at least ok and say ur Cumming each time. And before u end the video suck ur juices off ur fingers ok". (MC did not send this video at this time.)

   b.   "Then take 5 pics of ur pussy spread open while it's wet with cum"

   c.   "Now take 5 pics of u licking ur nipples" During this series of instructions, MC sent the SDY profile five pictures showing her nude buttocks, five pictures showing her nude vagina with her fingers spreading it open, and five pictures showing her nude anus and vagina.

   d.   "OK now record a 1 min video of u fingering urself mouth [sic] with 3 fingers fast and deep. Make urself gag and drool alot. Say ur name and

age and say I'm gonna finger my mouth and gag for you then start fingering ur mouth for 1 min ok". MC sent a video file to the SDY profile, "video-1476163550.mp4 (206648903100041)", which I recovered from the Facebook search warrant results. It showed what appeared to be the same female from the photos that MC sent, wearing clothing and following the listed instructions.

e.  "OK record a video right now saying ur name and age and say I'm ur (age) slut and I'll do anything u ask of me. I want to obey u and do anything u want and I do mean everything" and "Record it top less [sic] showing ur tits". When MC provided reasons for delaying in sending the video, the SDY profile sent, "Omg. U are taking for ever [sic]. If u can't do things quickly I have to cancel u". MC sent a video file to the SDY profile, "video-1476241969.mp4 (207188259712772)". I recovered this video from the Facebook search warrant results. It showed what appeared to be the same female, following the given instructions.

f.  "OK then turn on all ur lights and record a video of u fingering urself so face is seen to [sic]. Moan loud and say when u cumming". MC explained that she had begun her menstrual period. The SDY profile sent, "Before u stop the video rub the blood from ur fingers all over ut [sic] mouth and face ok". MC sent a video file to the SDY profile, "video-1476312787.mp4 (207671379664460)", which showed what appeared to be the same female. She was nude with her legs spread and laying on her back, displaying her

14

nude breasts and vagina which she masturbated. She spread what appeared to be blood from her fingers onto her face.

g.  "Now do another one. This time camera closer to ur pussy but still seeing ur face. And this time say. I'm gonna finger my 17 yr old pussy for u finger urself hard deep and fast this time. Moan louder and say I want u inside me. I want u to fuck me say it several times while ur masturbating", and "Do it hard fast and deep this time. Fingers all the way inside u in and out fast. Wipe the blood on ur face and then suck on ur fingers. Moan very loud. Move hips and really get into it". MC sent a video file to the SDY profile, "video-1476314234.mp4 (207679176330347)". It portrayed the same female, nude and laying on her back, displaying her nude breasts and vagina while masturbating. The audio was muffled, but MC can be heard saying, "I want you to fuck me." She smeared blood from her fingers onto her face.

h.  "Now take 5 pics of ur pussy all bloody legs wide open" During this series of instructions, in addition to the videos, MC sent to the SDY profile nine images of her nude vagina, with her vagina and the area around it covered in what appears to be blood. MC also sent the SDY profile six more pictures of her nude anus, then sent five pictures of her nude anus, while she inserted a finger into it.

34.   This conversation continued until October 15, 2016. During the conversation with the SDY profile, the last image portraying her nude vagina or anus

that MC sent was transmitted by Facebook Messenger on October 13, 2016 at 00:56 UTC.

35.     However, on October 17, 2016, the CE profile began messaging MC regarding modeling instructions. The CE profile made a Facebook video call to MC, also on October 17, 2016. At 23:10 UTC, the CE profile sent a series of instructions for MC to follow in front of the camera, including "OK put ur pussy over the camera".

36.     On October 25, 2016 at 02:33 UTC, the CE profile sent messages to MC instructing her to send videos to the CE profile, which depicted MC urinating. Instructions included: "Then when done peeing hold the phone up and say ur name and age and say did u like watching my (ur age) pussy pee". MC sent a video file, "video-1477371194.mp4 (216720145426250) ", to the CE profile that showed what appeared to be the same female. Her nude vagina was exposed as she stood over a toilet and urinated.

37.     MC stopped sending further files containing child pornography. On October 31, 2016, the CE profile sent, "OK ur pics will be posted since u are now playing childish games and can't be respectful and talk to me urself. Bye".

38.     On January 1, 2017, the CE profile offered to send MC a picture of her paycheck if she continued. MC agreed to continue. The CE profile sent an image of a check, drawn against [first word obscured] Productions Modeling and signed by Maria Sanchez, in the amount of $15,000. MC sent no further pictures or videos. The last message sent by the CE profile came on January 15, 2017.

### Exploitation of Victim NJ (Facebook Profile Used: JH/CE)

39.     Based upon information obtained from the search warrant executed on the

"CE" and "JH" profiles, on October 14, 2016 at 07:51 UTC, the JH profile contacted NJ (a 16-year-old female living in Peoria, IL) via Facebook Messenger, accessing the Internet from the Residential IP address. The JH profile sent NJ the following message: "Hey would u be interested in modeling they pay 500-5000 a shoot".

40.     The CE profile asked for and received NJ's email address, cell phone number, and date of birth (showing her to be 16 years of age). NJ would later state that she was 17 years of age.

41.     The JH profile told NJ to download the Google Photos application, then instructed NJ on how to set up the application. The configuration provided by the JH profile caused all pictures and videos taken by NJ's phone, along with those already in the phone's DCIM storage area, to be automatically uploaded to the online storage area of the Google Photos application. The JH profile asked for and received the password to the email address associated with the Google Photos account, giving the offender access to all of the data stored therein.

42.     The JH profile sent NJ a series of instructions for taking pictures, and NJ complied with the instructions. They included:

  a.  "OK now take 5 pics of u from hips up smiling as u are now ok hurry so we can proceed"

  b.  "Hurry. Need to be quicker ok. The portfolio is about following directions and showing how quickly u work"

  c.  "Perfect. Now take ur shirt off and take 5 like that"

  d.  "OK now take ur shorts off and take 5 full body pics from front from

straight on. Not above or below ok"

43.    On October 16, 2016 at 09:29 UTC, NJ stated that she was only 17 years old. The JH profile sent, "It's ok. This is only for the portfolio process. No one ever sees ur pics except me and the portfolio producer maria"

44.    The JH profile continued sending instructions, and NJ complied:

   a.  "OK now take 5 pics fully body from back"

   b.  "OK now take 5 pics upclose [sic] of just the front of ur panties"

   c.  "OK now take 5 more of front of panties. But this time pull ur panties up really tight in front and open legs shoulder width apart ok" and "Take them close so only a little skin shows"

   d.  The JH profile sent a series of images of a female pulling her underwear tightly into her genitalia, displaying the nude sides of her genitalia, then sent, "Now take 5 just like those ok". The two pictures NJ sent to the JH profile in response to this showed the sides of NJ's nude genitalia. The JH profile sent, "OK do those again but this time hold phone lower kinda looking up at it at a slight angle ok". The next three pictures NJ sent to the JH profile also displayed the nude sides of her genitalia, with her underwear pulled tightly inside her genitalia.

45.    NJ asked the JH profile how she would be paid, and the JH profile sent, "They pay by check or direct deposit or cash at time of first scheduled shoot. Ur choice". On October 16, 2016, when NJ expressed resistance to sending more pictures, the JH profile instructed her to contact the CE profile for verification. NJ did send a

18

message to the CE profile on that date, and the CE profile told her to just follow the instructions.

46.     NJ sent the JH profile 11 more images that displayed the nude sides of her genitalia, with her underwear pulled tightly inside her genitalia. The JH profile provided instructions regarding ambient lighting and how close the camera should be. The JH profile continued to send instructions for more pictures:

   a.  "OK now. Pull ur bra up so bottom of bra is on ur nipples ok and take 5 more like that". NJ responded that the pictures were "child pornography." The JH profile sent, "No its not. Cause no one is seeing the pics. It's just for portfolio purposes to show u follow directions".

   b.  NJ sent the JH profile 13 more images displaying her nude breasts, while the JH profile provided instructions about body positioning, her face being in the picture, and smiling.

47.     NJ again objected to the pictures and stated that she was 16 years of age. NJ said her mother would not approve of the pictures, and the JH profile sent, "What. Like I said she will never find out if you don't let her know". When NJ still refused to comply, the JH profile sent a link to the website for the alleged modeling agency, www.studioproductions.webstarts.com (*supra* ¶¶23-24).

48.     On October 20, 2016 at 20:32 UTC, the CE profile sent NJ this message: "So jess says ur blowing her off. Y?". The CE profile sent NJ a picture of a California state ID card, showing CE's name and information on it, along with a photo of what appears to be CE sitting on a motorcycle. NJ sent, "I don't want to take anymore nude pictures or

showing anything or I'm just not doing it I'm only 16. I just don't feel comfortable. Doing it". The CE profile responded with, "Ur getting 10,000 plus bonuses for the portfolio", "After the portfolio process is complete u never take those types of pics again", and "And no one is seeing ur pics either. They for portfolio process only". The CE profile also referred NJ to other female-presenting Facebook profiles, saying that they "did it".

49.     On January 12, 2017, the CE profile again contacted NJ, offering to show NJ her check if she continued modeling. The CE profile raised the dollar amount to $75,000. NJ did not respond. The last picture NJ sent to the JH profile, depicting her partially displayed nude genitalia, was sent on October 17, 2016.

**Exploitation of Victim CG (Facebook Profile Used: CE)**

50.     Based upon information obtained from the search warrant executed on the "CE" profile, on September 27, 2016, the CE profile contacted CG (a 15-year-old female living in Creve Coeur, IL) via Facebook Messenger, accessing the Internet from cellular IP address #2 (*supra* ¶17), and also from the Residential IP address. The contact continued until December 31, 2106.

51.     The CE profile sent the following message: "Hey would u be interested in modeling they pay 500-5000 a shoot". The CE profile asked CG for and received her cell phone number and her email address, and date of birth, showing her to be 15 years of age. At the CE profile's request, CG also provided the password to her Gmail account.

52.     CG asked if the offer was real. The CE profile sent CG a picture of a California ID card showing CE's name and information, along with a picture showing a

female (purported to be CE) on a motorcycle. The CE profile instructed CG to download the Google Photos application, then guided CG on how to set up the application. The configuration CE provided caused CG's phone to upload all pictures and videos taken on CG's phone, or stored in the DCIM folder on CG's phone, to the Google Photos online cloud storage. Since the CE profile had the password to the email associated with CG's Google photos account, the user of the CE profile had access to all of CG's photos and videos.

53.     The CE profile sent, "OK now take 5 pics of u right now as u are from hips up smiling". However, CG was in the hospital at the time. Eventually, following a request from the CE profile, CG provided her login and password to the CE profile.

54.     The CE profile asked CG how old she was, and CG said that she was 15. The CE profile then asked CG if she was a virgin, and when the last time was that she had sex.

55.     On October 27, 2016, the CE profile initiated a Facebook video call, accessing the Internet from the Residential IP Address. The CE profile sent, "OK our system is going to use my fb to call u. U wont see or hear anything cause its just our system ok I'll still be messaging u so use ur phone to message me ok and just follow directions ok". The CE profile then sent a series of instructions, including:

    a.  "OK now u need to prop phone up and stand in front of it so ur full body shows from thighs up"

    b.  "OK now put on a tight tank top then stand back there"

  c. "Now do not touch the phone ur using on cam. Use ur other one and take 5 pics of u from hips up smiling"

  d. "OK now pull ur shirt up so full belly shows"

  e. "Ok keep shirt up and Pull shorts down so whole top of panties show"

The CE profile ended the call, then sent, "OK so take 5 pics in ur bra from hips up smiling". CG complied.

56. According to Facebook records, on October 27, 2016, at 22:10 UTC, the CE profile completed a Facebook video call with CG.  Four hours later, on October 28, 2016 at 02:19 UTC, the CE profile contacted CG via Facebook Messenger, using IPv6 Address #7 (*supra,* ¶17).[2] In response to an administrative subpoena, T-Mobile responded that the IPv6 Address was assigned to the "MARK BARNWEOO" prepaid account (through "Metro PCS") on that date and time.

57. The CE profile sent a series of instructions for pictures, and CG complied. The instructions included:

  a. "Now take ur shorts off and take 5 more same way"

  b. "Same thing. But now from back"

58. CG resisted sending more images and asked how she would be paid. The CE profile sent, "U get paid by check. Direct deposit or cash at time of first shoot. Ur choice", and "I sent u my ID and pics of me. I assure u its not fake". CG agreed to

---

[2] The same IPv6 Address was used to contact 16-year-old NJ (supra, ¶¶39-49) through Facebook Messenger on October 27, 2016 at 05:31 UTC, through the CE profile.

continue. After CG sent five images showing her exposed buttocks in a thong, the CE profile sent more instructions, including:

    a. "OK now take 5 pics up close of ur butt. Just reach back and take them. Don't use mirror"

    b. "OK now take 5 pics upclose [sic] of front of panties"

59.    CG told the CE profile that she was pregnant, but the CE profile responded that she would be paid $20,000 to continue if she was pregnant. The CE profile told CG to send five topless pictures. CG responded that she was outside and homeless. The CE profile sent, "Go to a public bathroom. That's what a few models I have worked with before did when they were homeless". CG said she didn't want to send images of her body. The CE profile said she would be paid $10,000, and sent, "Its only for the portfolio process. After the portfolio u never have to take nude pics again", and "U get 10,000 to complete the full portfolio girl. Ur gorgeous. Y u uncomfortable. No one sees ur portfolio pics except me and Maria". The CE profile sent CG a series of pictures, purportedly of CE, including semi-nude and nude images. The CE profile sent, "I promise on my life u will get paid. Look up [DA] and [SM] on my friends list. Ask them. They did it to [sic]".

60.    CG asked what she needed to do. The CE profile sent a series of instructions, including:

    a. "OK I need u to take 5 pics from hips up topless smiling ok"

    b. "OK now prop ur phone up so u don't hold it. And record a video showing from hips up. Say ur full name. Ur age ur bra size and what u do

for fun. Do it topless". CG sent the CE profile the video files, "video-1478736020.mp4 (1815367978752869)" and "video-1478736221.mp4 (1815369745419359)", and "video-1479421583.mp4 (1819789894977344)", which all showed CG topless, saying her name, age, and bra size. I recovered these videos from the data provided by Facebook as a result of search warrants.

c.  "OK take 5 pics of u licking ur nipples. If u can't at least try"

d.  "K now take 5 pics up close of ur butt in thong again". The CE profile sent CG a picture portraying a female's buttocks, with her underwear pulled aside to display her nude vagina.

e.  "OK now pull the front of ur panties up really tight and take 5 upclose [sic] of front from straight on while standing. Legs open shoulder width apart". The CE profile sent CG an image of a female with her underwear pulled tightly into her genitalia, displaying the nude sides of her genitalia.

f.  The CE profile sent CG an image of a female with her underwear positioned as above (*supra* ¶60e), with her legs spread apart, and this message: "Take 5 like that pull panties in tight again and reach between ur legs to take this pose".

g.  "Do that again. But pull it inside u so ur pussy wraps around ur panties"

h.  "See what u can do to get ur camera to record video right OK. Try changing brightness settings on ur video setting on ur camera ok"

i.  "Now pull ur panties all the way to the right"

24

j.  "Then take 5 pics of ur v" and "OK now spread it open wide so u show ur fuck hole inside u ok"

k.  "OK now take 5 pics of ur ass hole upclose [sic]. Keep still so pics don't come out blurry"

l.  "OK prop ur phone up and record a 1 min video showing from hips up rubbing ur tits and moaning like u really enjoy it"

61.     CG sent ten images displaying her nude breasts, five images showing her licking one of her nude breasts, twenty images showing a close-up of her genitalia with her underwear pulled tight inside her genitalia, displaying part of her genitalia, five close-up images of her nude vagina, five close-up images of her nude vagina with one finger spreading it open, five pictures or her nude anus, a video showing her nude breasts while CG said what the CE profile instructed her to say, and a live video where she exposed her nude breasts and vagina, and masturbated, while saying what the CE profile told her to say (such as "OK now say I can't wait to have my 15 yr old pussy fucked on camera"). CG sent the CE profile two videos: "video-1479421867.mp4 (1819791691643831)", which displayed CG's nude vagina and breasts; and "video-1479422463.mp4 (1819794728310194)," which displays her nude breasts. The video is very dark, making it impossible to see her face or her genitalia, but she is identifiable due to a medical scar on her abdomen. The last video that displayed CG's genitalia was sent on November 17, 2016 at 22:31 UTC.

62.     The CE profile offered to pay CG $15,000 without taking any further pictures, provided that she allow the CE profile to watch CG on live video while she

had sex "in multiple positions." The instructions that the CE profile included for this included:

      a.  "Means I have to be on here telling u what positions and views to do and I know that at the end u have to have him holding the phone while he cums on ur face and in ur mouth"

      b.  "No anal unless u choose to for an extra 5000"

      c.  "And if u can squirt while on cam. U get an extra 1000 for each time u squirt"

63.     During the conversations between the CE profile and CG, the CE profile sent CG 19 messages and initiated 31 Facebook video calls to CG using the Residential IP Address. Also, on December 14, 2016 at 21:07 UTC, the CE profile contacted CG via Facebook Messenger through IPv6 Address #2 (*supra*, ¶17). Through a Whois search, I determined that this IP address was owned by T-Mobile US, Inc. I then issued an administrative subpoena for that user's subscriber information.  In response, T-Mobile identified the user of the IPv6 Address on the listed date and time as "MARK BARNWEOO," the same account as mentioned previously (*supra*, ¶17).

64.     On December 12, 2016, when CG and the CE profile were arguing about CG quitting, CG said that her boyfriend was going to call the police. The CE profile threatened to post her pictures online, and sent, "I'll make sure all of Peoria knows u and ur bf are snitches", and "All u had to do was simply follow directions. But u won't so I post now. Goodbye. Don't even finish typing. I'm about to block u". CG told the CE profile she just didn't want to get naked again. The CE profile sent, "If u do everything I

say on camera this one last time I'll delete everything". CG reminded the CE profile that she was only 15. The CE profile sent, "Cause I want u to finish I really do. U are gorgeous and have a perfect body. I don't want u to quit. But if u really want to then u have to do one more cam session doing everything I say".

65.     On March 27, 2017, SA Shink and I interviewed CG at the United States Attorney's Office. CG stated that she sent the pictures shown in the Facebook Messenger data. She also identified herself in a series of redacted images, pulled from the Facebook data. CG indicated that she was at her residence in Creve Coeur, IL at the time of the incident, although she currently resides near Bradford, IL.

### Exploitation of Victim SH (Facebook Profile Used: CE)

66.     Based upon information obtained from the search warrant executed on the "CE" profile, on September 24, 2016, the CE profile contacted SH (a 17-year-old female living in East Peoria, IL) via Facebook Messenger, accessing the Internet from the Residential IP Address. The initial conversation continued until January 12, 2017. The CE profile continued to send messages to SH from the CE profile, as recently as March 20, 2017, but she did not respond.

67.     The CE profile sent the following message: "Hey would u be interested in modeling they pay 500-5000 a shoot". The CE profile asked for and received SH's cell phone number and her email address, and date of birth. At the CE profile's request, SH also provided the password to her Gmail account.

68.     The CE profile attempted to make a Facebook video call, accessing the Internet through the Residential IP Address, but the call failed. The CE profile assisted

SH in setting up Skype on SH's laptop computer. The CE profile told SH to download the Google Photos application, then instructed SH on how to set up the application. The configuration made it so that the phone would automatically upload all pictures and videos taken by the phone, or stored in the phone's DCIM folder, to the Google Photos online storage. Since SH had provided the password to the email address associated with her Google Photos account, the offender had access to all of these files.

69.    The CE profile made a video call to SH, and had her stand in front of the camera. The CE profile sent a series of instructions to SH, including:

    a.  "OK now take 5 pics of u from the hips up smiling"

    b.  "OK now prop ur phone up on laptop and step back where u are and Record u changing into ur bikini but do not send me the video ok". When SH said she didn't want to do this, the CE profile sent, "Look up Danyelle Ashcraft and sierra Castillo page on my friends list ask them. They did it to [sic]".

    c.  "OK now take 5 pics in ur bra", and "Smile big"

    d.  "OK now take 5 full body pics from front"

    e.  "OK now take 5 from straight behind"

    f.  "OK now stand up and take 5 pics up close of ur but [sic]. Do u need an example?"

    g.  "OK can u take those again so the light is not above like that. Angle is perfect but light makes them a little blurry"

    h.  "OK stand up and take 5 pics up close to the front of ur panties"

i. "5 more like that. Only this time pull ur panties up really tight like ur giving urself a frontal wedgie ok"

j. "Then stand up and pull ur panties out away from skin about 6 inches and hold phone out a little take 5 pics looking down inside ur panties up close ok". SH said she did not want to send these pictures. The CE profile sent SH a series of pictures, purportedly of CE, showing CE in semi-nude and nude poses.

k. "OK now take ur bra off and take 5 pics smiling from hips up"

l. "OK I need u to take 5 pics upclose of ur ass naked and 5 pics upclose [sic] of ur vag from between ur legs so I can keep ur spot"

70.     SH sent a series of pictures showing her wearing a combination of items such as a sports bra, bikini, and bra and thong underwear, five images showing a close-up of her underwear pulled tightly into her genitalia, displaying part of her nude genitalia, five close-up images of her nude vagina, and five images displaying her nude breasts while her lower body was wrapped in a blanket.

71.     When SH refused to send more images, the CE profile threatened to post her pictures online. The CE profile sent, "If u do not respond ur pics will be posted on fb". Sh asked how she would get paid, and the CE profile sent, "cash checkor [sic] direct deposit ur choice". SH refused and asked the CE profile not to post her pictures online. The CE profile sent, "u quit illpost [sic]". Later, when SH stopped responding to the CE profile's messages, the CE profile sent, "U know what. Fuck it. I'm just posting ur shit. Ur rude. Bye". After further discussion, the CE profile sent SH a picture of a California

ID card with CE's name and information, and a picture of a female (purportedly CE) sitting on a motorcycle. SH still refused to send more images and questioned whether the CE profile still had the pictures. The CE profile sent SH a screenshot of several of the images SH had sent. SH threatened to commit suicide, and the CE profile sent, "OK bye I'm posting".

72.     On March 21, 2017, SA Shink and I interviewed SH at her residence. SH said that the pictures she sent were of her body, and that she took them in her bedroom. We examined SH's room where I took several photographs, including pictures of the backdrop from some of her pictures, and the bikini and sports bra she wore in some of the pictures.

### Residential Search Warrant

73.     On October 3, 2017, agents from the United States Secret Service executed a search warrant at 100 Parkdale Drive in Whitehouse, Texas. **BARNWELL** was living in a shed in the backyard of the residence and was present when the agents entered. SA Schleye called the phone number associated with the "MARK BARNWEOO" account through T-Mobile, and the call rang through to a ZTE cell phone that was plugged in and sitting beside **BARNWELL's** bed. Agents also located a Kyocera cell phone in the couch inside the shed.

74.     Data provided by T-Mobile indicated that two different cell phones had been used with the "MARK BARNWEOO" prepaid account: one made by Kyocera, and the other by ZTE. T-Mobile provided IMSI numbers for both phones; however, the IMSI numbers were not immediately apparent to the agents on scene.

75. SA Schleye spoke to **BARNWELL**, who said that he was using his cell phone as a WI-FI "hotspot." SA Schleye read **BARNWELL** his rights under Miranda, and **BARNWELL** asked for an attorney.

76. Agent Schleye said that the WI-FI at the residence was secured with a password.

77. Agents recovered two laptop computers in the shed where **BARNWELL** was living. One of the laptops had a cracked screen. In a message sent on September 23, 2016 at 20:52 UTC, the CE profile sent a picture of a computer screen, showing a thumbnail image of what appears to be a video file. The screen in the picture is cracked. SA Schleye sent a picture of the cracked screen on the laptop found in **BARNWELL**'s possession.  I compared the cracks in the picture sent by the CE profile to the cracks in the screen found at **BARNWELL's** residence. Although the computer screen in Agent Schleye's picture appears to have new cracks, the cracks in the two pictures appeared to be the same or substantially similar.

78. SA Schleye recovered a Mini DV camcorder near **BARNWELL's** bed, which was pointed at the laptop computer with the cracked screen.

79. SA Schleye spoke to **BARNWELL's** father, Thomas Mahon. Thomas said that **BARNWELL** moved into an RV on the property at 100 Parkdale address around October of 2016.  In June of 2017, **BARNWELL** moved into the shed. Thomas said that **BARNWELL** has no visitors and that no one goes into the shed. He said he was not aware of **BARNWELL** using Facebook. Thomas also did not know anyone named CE or Maria Sanchez. Thomas said that **BARNWELL** had been working the late shift at

Denny's, but that **BARNWELL** is currently unemployed.

<u>Conclusion</u>

80.  The Internet Protocol Addresses listed herein are linked to **BARNWELL,** as follows:

    a.  The residential IP Address has been shown on numerous dates and times to be assigned to the residence where he lives, as recently as July 24, 2017.

    b.  Additionally, eight different cell phone-assigned IP Addresses (held by T-Mobile), all found in conversations with female minor victims, have been subpoenaed.

    c.  All showed a cellular account owned by "MARK BARNWEOO" to be the holder of that IP Address on the specified dates and times.

81.  Electronic devices recovered at **BARNWELL's** residence appear to be the devices associated with the CE, SDY, and other Facebook profiles described herein. According to Thomas Mahon, **BARNWELL** had sole access to the area where the devices were recovered.

82.  Accordingly, based on the foregoing, your affiant believes that there is probable cause that since September of 2016, within the Central District of Illinois, **BARNWELL** has on multiple occasions committed the offense of sexual exploitation of children, Title 18, United States Code, Section 2251(a).

FURTHER AFFIANT SAYETH NAUGHT.

s/Scott Gamboe

Scott Gamboe
Special Federal Officer
United States Secret Service

Sworn to before me, and subscribed in my presence on the 3rd day of October, 2017, Peoria, Illinois.

s/Jonathan E. Hawley

JONATHAN E. HAWLEY
United States Magistrate Judge

33