UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 17-10050 |
| MARK P. BARNWELL, | ) |
| Defendant. | ) |

**DEFENDANT'S COMMENTARY ON SENTENCING FACTORS**

Defendant Mark P. Barnwell, by his attorney, Karl W. Bryning, Assistant Federal Public Defender, states as follows as it relates to the relevant 18 U.S.C. § 3553 factors:

1. The sentencing factors Mr. Barnwell intends to raise are set forth in the accompanying Memorandum of Law.

2. Mr. Barnwell asserts that the Court should accept the plea agreement and impose a sentence of 25 years on Count 3 of the Indictment and 10 years of imprisonment on Count 5 of the Indictment to run consecutively to each other in addition to a lifetime term of supervised release.

3. There are no unresolved objections to the PSR.

4. Mr. Barnwell will not present sworn testimony at the hearing.

5. Mr. Barnwell also asks that the Court recommend to the BOP that he be placed in a facility as close to his family as possible.

WHEREFORE, Defendant Barnwell prays he be sentenced as follows: (1)

35 total years of imprisonment (25 years on Count 3 plus 10 years consecutive on Count 5); (2) between five years and a lifetime of supervised release; (3) no fine; (4) no restitution, and (5) the mandatory special assessment.

Respectfully submitted,

THOMAS PATTON
Federal Public Defender


By: s/ Karl W. Bryning
Assistant Federal Public Defender
Office of the Federal Public Defender
401 Main Street
Peoria, Illinois 61602
Telephone: (309) 671-7891
Fax: (309) 671-7898
E-mail:karl_bryning@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ron Hanna, AUSA
Office of the U.S. Attorney
One Technology Plaza
Peoria, Illinois 61602

                      <u>By: s/ Karl W. Bryning</u>
                      Assistant Federal Public Defender
                      Office of the Federal Public Defender
                      401 Main Street
                      Peoria, Illinois 61602
                      Telephone: (309) 671-7891
                      Fax: (309) 671-7898
                      E-mail:karl_bryning@fd.org