UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 17-10050 |
| MARK P. BARNWELL, | ) |
| Defendant. | ) |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S COMMENTARY ON SENTENCING FACTORS**

Defendant, Mark Barnwell, by his attorney, Karl W. Bryning, Assistant Federal Public Defender, and in additional support of Defendant's Commentary on Sentencing Factors, states as follows:

### I. ARGUMENT

**A. The Court Should Sentence Mr. Barnwell to 35 Years in Prison**

Both Mr. Barnwell and the Government agree that a sentence of 35 to 60 years of incarceration followed by between five years and lifetime of supervised release is appropriate under the relevant statutory factors. The agreement was bargained for at arms- length, the wishes of the victims and their families were considered, and the agreement recognizes the various competing mitigating and aggravating factors.

Specifically, as it relates to mitigation, Mr. Barnwell experienced a truly horrific childhood to include being a victim of child sexual abuse involving physical contact. (PSR, ¶ 119). Also, although the instant offense is obviously

very serious and should not be minimized, it, thankfully, did not involve physical contact between Mr. Barnwell and the minor victims. 35 years in prison followed by up to a lifetime of supervised release is a significant sentence that may be a *de facto* life sentence given Mr. Barnwell's age, convictions, and conditions of confinement.

Mr. Barnwell is 36 years old. According to the Social Security Administration a 36 year old male might live 42 years[1]. However, according to prisonpolicy.org each year in prison takes 2 years off an individual's life expectancy.[2] Thus, a 35 year sentence in this case provides little more than the slight possibility that Mr. Barnwell might live long enough to spend his few remaining days as an elderly offender under strict conditions of supervised release that is, if he is lucky enough to survive.

Most importantly, Mr. Barnwell's plea of guilty spared the victims of his crimes from the additional pain and trauma of having to testify in court. Mr. Barnwell's plea of guilty also spared the expense of multiple lengthy and expensive trials. A sentence that Mr. Barnwell might one day be able to complete provides a valuable incentive to live long enough to realize what harm he has caused and perhaps understand why he engage in such reprehensible and destructive behavior.

Additionally, Mr. Barnwell pleaded guilty knowing that his prison sentence will be the hardest time to serve because individuals with this type of

---

[1] https://www.ssa.gov/oact/STATS/table4c6.html (accessed January 2, 2019)
[2] https://www.prisonpolicy.org/blog/2017/06/26/life_expectancy/ (accessed January 2, 2019)

conviction are subject to ongoing violence and intimidation within the prison system.

### B. BOP Placement Recommendation

Mr. Barnwell asks the Court to recommend to the BOP that he serve his sentence as close to his family as possible.

## II. CONCLUSION

WHEREFORE, Defendant Barnwell prays that he receive a sentence of 35 years of incarceration (25 years on Count 3 plus 10 years consecutive on Count 5) and between 5 years and a lifetime of supervised release with no fine or restitution and the mandatory special assessment.

Respectfully submitted,

THOMAS PATTON
Federal Public Defender

By: s/ Karl W. Bryning
Assistant Federal Public Defender
Office of the Federal Public Defender
401 Main Street
Peoria, Illinois 61602
Telephone: (309) 671-7891
Fax: (309) 671-7898
E-mail:karl_bryning@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ron Hanna, AUSA
Office of the U.S. Attorney
One Technology Plaza
Peoria, Illinois 61602

<div style="margin-left: 40%;">

By: s/ Karl W. Bryning
Assistant Federal Public Defender
Office of the Federal Public Defender
401 Main Street
Peoria, Illinois 61602
Telephone: (309) 671-7891
Fax: (309) 671-7898
E-mail:karl_bryning@fd.org

</div>