To whom it may concern:

I am writing on behalf of Mark Barnwell. He is my first born grandson and I care for him very much. He has had it ruff in life since the beginning of his life. He's dad left them when he was about 18 mo old so he was without a dad for years. Then his mom remarried and had two more sons. They didn't treat Mark like part of the family because his name was Barnwell and they was all Mahon. He turned to me as family because I didn't treat him different. We have always been close.

Mark has always been slow he had hard times in school and in life. He was always the outsider.

Mark has always been there for me when I needed help or had a problem he was there to help. I depended on Mark for everything, the other grandson was not as close they had there own lifes. They didn't have time for grandma.

Mark was there to help when I

had heart surgery and still to this day he calls me once a week sometimes more to check on me. I have really missed him because I have no one to help with things that need done. Mark was my buddy we did things together that most grandkids don't do with grandma like go shopping or garage sales, play Bingo. Since he's gone I don't get out much I stay in house a lot. I wish he was back I miss him so much. I understand he did wrong witch I can't believe he did such a thing but like I said Mark has never been to smart. I hope you can have a little mercy on him I know I probaly won't ever see him again I'm getting up there in years and not well and it hurts really bad because I love Mark very much.

Thank You —
Brenda Munn
(grandma)