I want to start off by apologizing for not being able to verbaly apologize in court. I am not comfortable speaking in front of people, never have been.

What I have done is wrong on so many levels and I want to apologize from the bottom of my heart to all the victims and their families I have hurt and affected with my actions. I will never ask for forgiveness, I can't even forgive myself. What I did was pure stupidity and I will never let it happen again. I made myself look like a heartless monster, which I am not, any one that knows me can tell you I'm a quiet, shy and caring person. I hate to see people hurting emotionally though I failed to show that aspect and now my choices have affected so many people including the victims, the victims family, my family, my son as well as the members of the court. The victims and victims family having to live life with regrets for trusting someone online because of what I have done. My family because now I'm gone when they want me home. Only home a short while and I threw my life out the window. My son, he will now never have me in his life. I can't be there to help him in sports he plays in school. He misses me like crazy. Only 13 years old and now he looses his father and his mother is hardly a mother. I would give anything to go back and take back all that I have



done ~~soon~~ and take all the hurt and pain I have caused so many even if it cost me my life. I can't explain exactly why I did what I did but I can tell you it was not the real me. I do not like hurting people and I hate to see females cry. I have not even been in a fight since I was 16 yrs old. I always walk away from the situations if they arise. If I see a female crying I feel terrible whether its my fault or not and I wish I could help. But yet I did what I did and it confuses me. I portrayed myself as something that I'm not but now its way to late to change anything. My crime is like the cover of a book and I'm judged by the cover than who I truly am. That's life. I can't fault no one but myself, I created the cover for my life. Again I want to apologize to everyone I have hurt with my actions and I hope all can move forward with their lives and forget about me and prosper in their lives living happily from this moment on.

Sincerely

Mark Barnwell

Mark Barnwell
814 W Lincoln ST
Pontiac, IL 61764

Karl Bleyning
401 Main Street   Suite 1500
Peoria, Ill 61602

61602-152799


Barn Swallow