✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

____Central____ DISTRICT OF ____Illinois____

USA

V.

Mark P. Barnwell

**EXHIBIT AND WITNESS LIST**

Case Number: 17-10050-001

| PRESIDING JUDGE<br>Joe B. McDade | PLAINTIFF'S ATTORNEY<br>Ron Hanna/William Grady | DEFENDANT'S ATTORNEY<br>Karl Bryning |
|---|---|---|
| TRIAL DATE (S)<br>1/9/2019 | COURT REPORTER<br>J. Johnson | COURTROOM DEPUTY<br>R. Knox |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/9/2019 | Yes | Yes | 14 pg. document presented during sentence recommendation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages